UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL SMITH | CIVIL ACTION NO. 1:23-cv-1631 |
| VERSUS | JUDGE DOUGHTY |
| CITY OF PINEVILLE | MAGISTRATE JUDGE PEREZ-MONTES |

## NOTICE OF SETTLEMENT

Pursuant to **LR16.4**, defendant, CITY OF PINEVILLE, herein notifies the Court and the Clerk that all parties in this case have agreed to settle all claims. A formal judgment of dismissal will follow shortly, after execution of settlement documents.

Respectfully submitted,

**KEISER LAW FIRM, P.L.C.**

By: */s Matthew L. Nowlin*
Randall B. Keiser        #20894
Email: rbkeiser@keiserlaw.net
Matthew L. Nowlin        #34009
Email: mnowlin@keiserlaw.net
**Mailing Address:**
P.O. Box 12358
Alexandria, LA   71315
**Physical Address:**
4615 Parliament Drive, Suite 102
Alexandria, LA   71303
Phone: (318) 443-6168
Fax:    (318) 704-6473

*Counsel for the City of Pineville*

## CERTIFICATE OF SERVICE

I hereby CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record through the CM/ECF system on this 28th day of August, 2024.

*/s Matthew L. Nowlin*
OF COUNSEL