UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MICHAEL SMITH** | **CASE NO. 1:23-CV-01631** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF PINEVILLE** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

Considering the foregoing Joint Stipulation of Dismissal (R. Doc. 17),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant, and this action in its entirety, are hereby DISMISSED WITH PREJUDICE, with each party to bear their own costs including attorney's fees.

MONROE, LOUISIANA, this 25th day of October, 2024.

Terry A. Doughty
United States District Judge